# Third District Court of Appeal
## State of Florida

Opinion filed August 11, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1024
Lower Tribunal No. 17-368-A-K
_____

**Roger W. Walls,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Roger W. Walls, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before HENDON, MILLER, and BOKOR, JJ.

PER CURIAM.

Concluding the issue raised by appellant is now moot, we dismiss the appeal.  See Toomer v. State, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005) ("Where one is challenging the legality of his [or her] sentence or seeking jail credit against that sentence, and he [or she] completes the sentence during the pendency of the appeal, the appeal may be dismissed as moot.") (citing Hagan v. State, 853 So. 2d 595, 597 (Fla. 5th DCA 2003); Edwards v. State, 765 So. 2d 222 (Fla. 2d DCA 2000)).

Dismissed.